JUDGMENT FOR DEFENDANT.

*Seghers*, for the plaintiff.
*Cauchois*, for the defendant.

---

*SHADDOCK'S CASE.*

THIS woman claimed the daily allowance of a witness, from the date of her recognizance, on the authority of *M'Fall's Case*, *ante* 171. It appeared she came from New-York, about nine or ten months ago, for the purpose of collecting some debts due to her. She was part of that time in Florida, returned to New-Orleans, where she kept a boarding-house for two months—afterwards she gave up the house, and engaged her passage on board of a vessel bound to the Havanah. She was deprived of the opportunity of sailing in her, by being recognised to attend this Court as a witness.

Witness losing her passage, &c. by being recognised, not entitled to any allowance therefor.

*By the Court.* We went sufficiently far in the case cited, and the principle on which it was determined is not susceptible of extension. The applicant was not deprived, by being bound as a witness, to follow her former mode of obtaining a support. The means through which she had maintained herself during the preceding nine

SPRING 1812.
I. District.

SHADDOCK'S
CASE.

months, at the time of the call made on her, were not thereby taken from her. M'Fall was a Kentucky trader, who had come to dispose of a cargo —had he gone home and returned to Court, the milage would have amounted to more than the daily allowance. Havanah, where the present applicant wished to go, was not more her place of residence, indeed much less so, than New-Orleans.

CLAIM DISALLOWED.

*Young*, for the applicant.